UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. I:16-cv-23840-MGC

JUAN CARLOS GIL,

    Plaintiff,

v.

POLARIS INDUSTRIES, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Juan Carlos Gil, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 10th day of January, 2017.

                      *s/ Scott R. Dinin*
                      Scott R. Dinin
                      SCOTT R. DININ P.A.
                      4200 NW 7th Avenue
                      Miami, Florida 33127
                      Telephone: (786) 431-1333
                      Facsimile: (786) 513-7700
                      Email: inbox@dininlaw.com
                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this this 10th day of January, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Nicole Sieb Smith
RUMBERGER, KIRK & CALDWELL, P.A.
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street
Miami, Florida 33130
E-mail:nsmith@rumberger.com
docketingmiami@rumberger.com
nsmithsecy@rumberger.com
*Attorneys for Defendant*

Francis H. Sheppard
RUMBERGER, KIRK, & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida 32801
E-mail:fsheppard@rumberger.com
docketingorlando@rumberger.com
fsheppardsecy@rumberger.com
*Attorneys for Defendant*

*s/ Scott R. Dinin*